## Commonwealth *v.* Lister, Appellant.

Before BULLOCK, JR., J., without a jury.

Submitted June 10, 1974. *Dennis H. Eisman*, and *Needleman, Needleman, Tabb & Eisman*, for appellant; *D. Webster Keogh, David Richman, Mark Sendrow*, and *Steven Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.